■ HENRIETTA SCHATTNER, Appellant, v. ROBERT I. SCHATTNER, Respondent.— In an action for a separation, the appeal is from so much of an order granting appellant's motion for reargument of a motion to vacate a notice to examine respondent before trial as adhered to the original decision. Order insofar as appealed from affirmed, without costs. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.

■ TOWN OF EAST HAMPTON, Appellant-Respondent, v. MEL LAMB et al., Respondents-Appellants.— In an action by the owner of an airport to enjoin the alleged trespassing thereon by an operator of aircraft, and for other relief, a counterclaim was interposed for judgment directing that appropriate space at the airport be allocated for its use. After trial, the complaint and the counterclaim were dismissed, and the parties appeal from the judgment entered thereon. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

## (June 30, 1958)

■ BALSAM FARM, INC., Respondent, v. EVERGREEN DAIRIES, INC., Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ CITY UNDERWRITING AGENCY, INC., Appellant-Respondent, v. BULOVA WATCH COMPANY, INC., Respondent-Appellant.— Motion by appellant-respondent for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Estate of CHARLES S. FOLSOM, Deceased. MARY KENNELLY et al., Appellants-Respondents; THOMAS D. AUSTIN et al., Respondents-Appellants, et al., Respondents; WALTER R. KEEFE, as Administrator of the Estate of ANNA GRIMES, Deceased, et al., Respondents.— Motions by appellants-respondents and respondents-appellants for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ In the Matter of EDWARD C. MOFFETT, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion referred to the court that rendered the decision. Present — Wenzel, Murphy, Hallinan and Kleinfeld, JJ.; Nolan, P. J., not voting. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Beldock, Murphy, Ughetta and Hallinan, JJ.; Nolan, P. J., not voting.

■ LOG CABIN REST, INC., Respondent, v. ALPINE WINE & LIQUOR CORP., Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.